IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRINA SOLAR CO., LTD, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-557 (JCG) |
| | ) | |
| RUNERGY USA INC. and | ) | |
| RUNERGY ALABAMA INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION TO STAY**

Runergy Alabama Inc. and Runergy U.S.A. Inc. (collectively "Runergy") move pursuant to 28 U.S.C. § 1659 to stay this action until the determination of International Trade Commission Investigation No. 337-TA-1422, instituted on October 31, 2024, including appeals, becomes final. Plaintiff does not oppose. The grounds for this motion are as follows:

1.      This Action is subject to the mandatory stay provision of 28 U.S.C. § 1659, and should be stayed until the conclusion of the 337-TA-1422 Investigation, including exhaustion of all appeals. Section 1659(a) provides:

> In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within—(1) 30 days after the party is named as a respondent in the proceeding before the Commission . . . .

28 U.S.C. § 1659(a).

2.      Section 1659(a) requires a stay of district court proceedings until the determination of the Commission becomes final. *See, e.g., In re Princo Corp.,* 478 F.3d 1345, 1355 (Fed. Cir. 2007); *FormFactor, Inc. v. Micronics Japan Co.,* Case No. CV-06-07159, 2008 WL 361128 (N.D. Cal. Feb. 11, 2008) (In circumstances where 28 U.S.C. § 1659 applies, "a court must stay a civil action in favor of ITC proceedings."); *Micron Tech., Inc. v. Mosel Vitelic Corp.,* Case No. CIV-98-0293, 1999 WL 458168, *2 (D. Idaho Mar. 31, 1999) ("[T]he Court is statutorily required to stay" those claims that are also before the ITC where the ITC respondent timely moved to stay the district court action.); *Universal Tool & Stamping Co. v. Ventra Group, Inc.,* 46 U.S.P.Q.2d 1799, 1800 (N.D. Ind. 1998) (stating that "such a stay (again in the words of the statute) shall be of the 'proceedings in the civil action' and hence the Court will not fashion an exemption to the stay by requiring the defendant to file an answer or make any order relating to discovery").

3.      Runergy's request for a stay meets the requirements of the statute. First, the allegations in this action involve the same issues as those in the 337-TA-1422 Investigation:

    a.  alleged infringement of the same two asserted patents by the same accused products,

    b.  the validity and enforceability of the same two asserted patents, and any other defenses that might be raised to the allegations of infringement.

4.      The moving parties here are also respondents in the 337-TA-1422 Investigation, and Plaintiff is also the Complainant in the 337-TA-1422 Investigation. Accordingly, the claims in the complaint "involve[] the same issues involved in the proceeding before the Commission," and must be stayed under § 1659(a).

2

5.      Second, this motion is timely.   The Commission issued its Notice of Investigation on October 31, 2024.  Thus, the thirty-day period under 28 U.S.C. § 1659(a)(1) does not expire until November 30, 2024.

WHEREFORE Runergy respectfully requests that the Court enter the attached order staying this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
rsmith@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Defendants Runergy Alabama,*
*Inc. and Runergy U.S.A., Inc.*

OF COUNSEL:

Mike Bettinger
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA  94104
(415) 772-1200

Samuel N. Tiu
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA  90071
(213) 896-6600

Sydney A. Volanski
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
(202) 736-8000

November 5, 2024

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRINA SOLAR CO., LTD,                    )
                                         )
                                         )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )   C.A. No. 24-557 (JCG)
                                         )
RUNERGY USA INC. and                     )
RUNERGY ALABAMA INC.,                    )
                                         )
            Defendants.                  )

## **ORDER**

At Wilmington this _____ day of November 2024, having considered Defendants

Runergy Alabama Inc. and Runergy U.S.A. Inc.'s unopposed motion to stay, IT IS ORDERED

that this action is stayed pursuant to 28 U.S.C. § 1659 until the determination of the International

Trade Commission Investigation No. 337-TA-1422, including appeals, becomes final or until the

investigation is dismissed.

_____
Honorable Jennifer Choe-Groves
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 5, 2024, upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
Sara M. Metzler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North. King Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Josh Pond, Esquire                                          *VIA ELECTRONIC MAIL*
Josh Carrigan, Esquire
Kyle Pham, Esquire
ORRICK, HERRINGTON & SUTCLIFFE, LLP
2100 Pennsylvania Avenue NW
Washington, DC  20037
*Attorneys for Plaintiff*

Bas de Blank, Esquire                                       *VIA ELECTRONIC MAIL*
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
*Attorneys for Plaintiff*

Yufeng (Ethan) Ma, Esquire                                  *VIA ELECTRONIC MAIL*
ORRICK, HERRINGTON & SUTCLIFFE, LLP
4703 Park Place
1601 Nanjing Road West
Shanghai, 200040
People's Republic of China
*Attorneys for Plaintiff*

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)