### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **TRINA SOLAR CO., LTD,**<br><br>    Plaintiffs,<br><br>v.<br><br>**RUNERGY ALABAMA INC.,**<br><br>    Defendant. | **Court No. 1:24-cv-00557-JCG** |

### ORDER

Upon consideration of Defendants' Unopposed Motion to Stay (D.I. 25), and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendants' Unopposed Motion to Stay (D.I. 25) is granted; and it is further

**ORDERED** that this action is stayed pending the final determination in International Trade Commission Investigation No. 337-TA-1422; and it is further

**ORDERED** that the Parties shall notify the Court within 14 days of the final determination in International Trade Commission Investigation No. 337-TA-1422; and it is further

**ORDERED** that the Parties shall provide a status report to the Court on or before February 3, 2025. The Parties shall file status reports every ninety days thereafter during the pendency of the stay.

IT IS SO ORDERED this 6th day of November, 2024.

    /s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge[*]

---

[*] Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.