IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRINA SOLAR CO., LTD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-557 (JCG) |
| | ) |
| RUNERGY USA INC. and | ) |
| RUNERGY ALABAMA INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's November 6, 2024 Oral Order (D.I. 26), Plaintiff Trina Solar Co., Ltd. and Defendants Runergy USA Inc. and Runergy Alabama Inc. submit this Joint Status Report regarding the case pending before the International Trade Commission ("ITC" or "Commission"). The ITC case is proceeding, and an evidentiary hearing has been scheduled for October 6-10, 2025. The parties anticipate the Commission to reach a final determination by May 20, 2026.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| /s/ Sara M. Metzler | /s/ Rodger D. Smith II |
| _____ | _____ |
| Kelly E. Farnan (#4395) | Rodger D. Smith II (#3778) |
| Sara M. Metzler (#6509) | Cameron P. Clark (#6647) |
| One Rodney Square | 1201 North Market Street |
| 920 N. King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 658-9200 |
| farnan@rlf.com | rsmith@morrisnichols.com |
| metzler@rlf.com | cclark@morrisnichols.com |
| | |
| *Attorneys for Plaintiff Trina Solar Co., Ltd.* | *Attorneys for Defendants Runergy Alabama, Inc. and Runergy U.S.A., Inc.* |

February 4, 2025